UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI KNOP,

      Plaintiff,

                                          Case No. 14-10185
v.                                   Honorable Linda V. Parker

MILLICENT WARREN, et al.,

      Defendants.
_____/

**<u>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S SEPTEMBER 11, 2015 REPORT AND RECOMMENDATION [ECF NO. 130] AND (2) GRANTING THE MEDICAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 120]</u>**

On January 15, 2014, Plaintiff Lori Knop commenced this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants. Plaintiff, a now paroled Michigan Department of Corrections ("MDOC") inmate, alleges that Defendants violated her Eighth Amendment rights while she was incarcerated in that they were deliberately indifferent to her serious medical condition. Specifically, Plaintiff alleges that she was deprived of Armour Thyroid Hormone for the five-month period between September 2012 and January 2013. The matter has been referred to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28

U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 47.)

On May 18, 2015, a motion for summary judgment was filed by the defendants remaining in this action: Dr. Mohammad Azimi, Dr. Robert Lacy, Dr. Claire Pei, Dr. Pu Qin, Dr. Sylvia McQueen, and PA Alice Kramer (collectively "Medical Defendants").  (ECF No. 120.)  Despite receiving an extension of time to do so, Plaintiff failed to file a response to the motion.  On September 11, 2015, Magistrate Judge Grand issued his R&R recommending that this Court grant the Medical Defendants' motion.  (ECF No. 130.)  Magistrate Judge Grand finds no evidence to suggest that Defendants McQueen or Azimi were personally involved in medical decisions related to Plaintiff's claims in this lawsuit.  (*Id.* at 5.)  With respect to the remaining Medical Defendants, Magistrate Judge Grand concludes from the undisputed evidence that they were not deliberately indifferent to Plaintiff's medical needs.  (*Id.* at 6-10.)

At the conclusion of his R&R, Magistrate Judge Grand informs the parties that they must file any objections within fourteen days.  (*Id.* at 11.)  He further advises that the "[f]ailure to file specific objections constitutes a waiver of any further right of appeal."  (*Id.*, citations omitted).  No objections were filed to Magistrate Judge Grand's R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts Magistrate Judge Grand's recommendations in his September 11, 2015 R&R. The Court previously dismissed Plaintiff's claims against all of the other defendants named in her Complaint. The termination of Plaintiff's claims against the Medical Defendants therefore terminates this lawsuit. As such, the Court will be entering a Judgment after entering this decision.

Accordingly,

**IT IS ORDERED**, that the motion for summary judgment filed by Defendants Dr. Mohammad Azimi, Dr. Robert Lacy, Dr. Claire Pei, Dr. Pu Qin, Dr. Sylvia McQueen, and PA Alice Kramer is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 30, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 30, 2015, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager